In the United States District Court

Southern District of Texas

Houston Division

| | |
|---|---|
| United States of America<br>vs.<br>Olalekan John Ajirotutu | No 4:16cr26-02 |

Motion to Withdraw as Counsel

### Judge Gilmore:

The attorney-client relationship between Mr. Ajirotutu and me has broken down to the point that I will be unable to effectively represent him. Please allow me to withdraw from this case.

Mr. Ajirotutu is indigent. Please appoint CJA counsel to represent Mr. Ajirotutu.

### Certificate of Service

A copy of this document was emailed to Mr. Ajirotutu and to the attorney for the Government before it was filed with this Court.

Thank you,

_____

Mark Bennett

SBN 00792970

Bennett & Bennett

917 Franklin Street, Fourth Floor

Houston, Texas 77002

713.224.1747

mb@ivi3.com

In the United States District Court
Southern District of Texas
Houston Division

| | |
|---|---|
| United States of America<br>vs.<br>Olalekan John Ajirotutu | No 4:16cr26-02 |

Order on
Motion to Withdraw as Counsel

On counsel's motion, he is withdrawn from representing the defendant. CJA counsel will be appointed.

_____     _____
Date                                                        Judge Presiding